UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASON SWINFORD § | |
| § | |
| VS. § | |
| § | Case No. 4:19-cv-02301 |
| COIL TUBING TECHNOLOGY, INC. and § | |
| TOUCAN DOWNHOLE SOLUTIONS, LLC § | |

**PLAINTIFF'S PRIVILEGE LOG**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff, Jason L. Swinford ("**Swinford**" or "**Plaintiff**") hereby serves its Privilege Log to Defendants, Coil Tubing Technology, Inc. and Toucan Downhole Solutions, LLC (collectively "**Defendants**").

Respectfully submitted,

HIRSCH & WESTHEIMER, P.C.

By: */s/ Eric Lipper*
    Eric Lipper
    State Bar No. 12399000
    Federal Id. 11442
    Melissa Nicholson Sternfels
    State Bar No. 24037181
    Federal Id. 38294
    1415 Louisiana, 36th Floor
    Houston, Texas 77002
    Telephone:  713.220.9181
    Facsimile:   713.223.9319
    Email:  elipper@hirschwest.com
    Email:  msternfels@hirschwest.com

**ATTORNEYS FOR PLAINTIFF,**
**JASON L. SWINFORD**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of February, 2020, a true and correct copy of the foregoing and/or attached was served on each attorney of record or party in accordance with **Federal Rule of Civil Procedure 5(b)** as follows:

D. John Neese, Jr.
Andrew K. Meade
Holly H. Barnes
Meade & Neese LLP
2118 Smith Street
Houston, Texas 77002
Phone (713) 355-1200
jneese@meadeneese.com
ameade@meadeneese.com
hbarnes@meadeneese.com
**Attorneys for Defendants**
**Via Email and U.S. First Class Mail**

/s/ Eric Lipper
Eric Lipper

|   | DATE | DOC TYPE/DESCRIPTION | AUTHOR | RECEIVER | SECONDARY RECEIVER | PRIVILEGE | DESCRIPTION |
|---|------|----------------------|--------|----------|--------------------|-----------|-------------|
| 1. | 10/20/15 | Email re: | Eric Mirabel | Jason Swinford | N/A | Attorney/Client | Bates Labeled **SWINFORD FED PRIVILEGE – 000001- 3** |
| 2. | 10/29/15 | Email re | Eric P. Mirabel | Jason Swinford | N/A | Attorney/Client | Bates Labeled **SWINFORD FED PRIVILEGE – 000004** |
| 3. | 10/29/15 | Letter re: | Eric P. Mirabel | Jason Swinford, Jerry Swinford | N/A | Attorney/client Work Product | Bates Labeled **SWINFORD FED PRIVILEGE – 000005- 11** |
| 4. | 10/29/15 | Email re: | Jason Swinford | Eric P. Mirabel | Jerry Swinford | Attorney/client Work Product | Bates Labeled **SWINFORD FED PRIVILEGE – 000012- 13** |
| 5. | Undated | Attachment to Document 4, entitled | Eric Mirabel | Jason Swinford | Jerry Swinford | Attorney/client Work Product | Bates Labeled **SWINFORD FED PRIVILEGE – 000014- 26** |
| 6. | Undated | Attachment to Document 4, entitled | Eric Mirabel | Jason Swinford | Jerry Swinford | Attorney/client Work Product | Bates Labeled **SWINFORD FED PRIVILEGE – 000027- 32** |
| 7. | 11/02/15 | Email re: | Eric P. Mirabel | Jason Swinford | N/A | Attorney/client | Bates Labeled **SWINFORD FED PRIVILEGE – 000033** |
| 8. | 11/02/15 | Email re: | Eric Mirabel | Jason Swinford; Jerry Swinford | N/A | Attorney/client Work Product | Bates Labeled **SWINFORD FED PRIVILEGE – 000034** |
| 9. | 11/18/15 | Email re: | Eric Mirabel | Jason Swinford | N/A | Attorney/client Work Product | Bates Labeled **SWINFORD FED PRIVILEGE –** |

3

| | DATE | DOC TYPE/DESCRIPTION | AUTHOR | RECEIVER | SECONDARY RECEIVER | PRIVILEGE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | 000035 |
| 10. | Undated | Attachment to Document 8, entitled: "▇" | Eric Mirabel | Jason Swinford | Jerry Swinford | Attorney/Client Work Product | Bates Labeled **SWINFORD FED PRIVILEGE – 000036- 39** |
| 11. | Undated | Attachment to Document 8, entitled "▇" | Eric Mirabel | Jason Swinford | Jerry Swinford | Attorney/Client Work Product | Bates Labeled **SWINFORD FED PRIVILEGE – 000040- 45** |
| 12. | Undated | Attachment to Document 8, "▇" | Eric Mirabel | Jason Swinford | Jerry Swinford | Attorney/Client Work Product | Bates Labeled **SWINFORD FED PRIVILEGE – 000046- 47** |
| 13. | Undated | Attachment to Document 8, "▇" | Eric Mirabel | Jason Swinford | Jerry Swinford | Attorney/Client Work Product | Bates Labeled **SWINFORD FED PRIVILEGE – 000048- 60** |
| 14. | Undated | Attachment to Document 8, "▇" | Eric Mirabel | Jason Swinford | Jerry Swinford | Attorney/Client Work Product | Bates Labeled **SWINFORD FED PRIVILEGE – 000061- 73** |
| 15. | Undated | Attachment to Document 8, "▇" | Eric Mirabel | Jason Swinford | Jerry Swinford | Attorney/Client Work Product | Bates Labeled **SWINFORD FED PRIVILEGE – 000074- 75** |
| 16. | Undated | Attachment to Document 8, "▇" | Eric Mirabel | Jason Swinford | Jerry Swinford | Attorney/Client Work Product | Bates Labeled **SWINFORD FED PRIVILEGE – 000076- 79** |
| 17. | Undated | Attachment to Document 8, "▇" | Eric Mirabel | Jason Swinford | Jerry Swinford | Attorney/Client Work Product | Bates Labeled **SWINFORD FED PRIVILEGE – 000080- 89** |
| 18. | 12/1/15 | Email re: ▇ | Eric Mirabel | Jason Swinford | N/A | Attorney/Client Work Product | Bates Labeled **SWINFORD FED PRIVILEGE – 000090** |

20150560.20150560/3477357.1

| | **DATE** | **DOC TYPE/DESCRIPTION** | **AUTHOR** | **RECEIVER** | **SECONDARY RECEIVER** | **PRIVILEGE** | **DESCRIPTION** |
|---|---|---|---|---|---|---|---|
| 19. | 11/30/15 | Attachment to Document 18, ▮ | Eric Mirabel | Jason Swinford | N/A | Attorney/Client Work Product | Bates Labeled **SWINFORD FED PRIVILEGE – 000091- 92** |